UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**HEATHER KRAFT,**
on behalf of herself
and others similarly situated

    Plaintiff,                           Case No.  18-cv-10745

v.                                            Hon. Victoria A. Roberts

**GONGOS, INC.,**
**GONGOS RESEARCH, INC.,**
and **DEBRA POMORSKI**

    Defendant.

| **GOLD STAR LAW, P.C.**<br>**Maia Johnson Braun (P40533)**<br>**Caitlin E. Malhiot (P76606)**<br>Attorneys for Plaintiff<br>2701 Troy Center Dr., Ste. 400<br>Troy, Michigan 48084<br>(248) 275-5200<br>*mjohnson@goldstarlaw.com*<br>*cmalhiot@goldstarlaw.com* | **BUTZEL LONG**<br>**Brett A. Rendeiro (P64792)**<br>Attorneys for Defendants<br>Stoneridge West<br>41000 Woodward Avenue<br>Bloomfield Hills, MI 48304<br>(248) 258-1616<br>*rendeiro@butzel.com* |
|---|---|

## ORDER APPROVING SETTLEMENT AGREEMENT

This matter having come before the Court on the parties' Joint Motion to Approve Settlement and Dismiss Case; the Court having reviewed the Settlement Agreement; and the Court being otherwise fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Settlement Agreement is approved.

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice, and without costs or fees awarded to any party.

Dated: 9/17/19

s/ Victoria A. Roberts
Victoria A. Roberts
U.S. District Judge

Approved as to Form and Substance:

| **GOLD STAR LAW, P.C.** | **BUTZEL LONG** |
|---|---|
| /s/Caitlin E. Malhiot | /s/ Brett A.Rendeiro (w/ consent) |
| **Caitlin E. Malhiot (P76606)** | **Brett A. Rendeiro (P64792)** |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 2701 Troy Center Dr., Ste. 400 | Stoneridge West |
| Troy, Michigan 48084 | 41000 Woodward Avenue |
| (248) 275-5200 | Bloomfield Hills, MI 48304 |
| cmalhiot@goldstarlaw.com | (248) 258-1616 |
| | rendeiro@butzel.com |